**Lance WHITAKER, Petitioner–Appellant,**

v.

**Angela P. DUNBAR, Respondent–Appellee.**

No. 14–7322.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 22, 2015.

Decided: Jan. 30, 2015.

---

Lance Whitaker, Appellant Pro Se. Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WYNN and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lance Whitaker, a federal prisoner, appeals the district court's order granting in part and denying in part his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis, and affirm the district court's order. We also deny Whitaker's motion to reopen his 28 U.S.C. § 2255 (2012) proceeding. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*